## *ecisions on Petitions for Writs of Certiorari from February 21 to April 10, 1910.*

No. 738. AMERICAN CAR & FOUNDRY COMPANY, PETITIONER, *v.* SEEGER REFRIGERATOR COMPANY. February 21, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. Samuel R. Betts, Mr. Paul Bakewell,* and *Mr. C. A. Severance* for the petitioner. *Mr. Edmund Wetmore* and *Mr. O. W. Jeffery* for the respondent.

---

No. 763. THE UNITED STATES, PETITIONER, *v.* HAVILAND AND COMPANY. February 21, 1910. Petition for writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *The Attorney General, The Solicitor General* and *Mr. Assistant Attorney General Lloyd* for the petitioner. *Mr. B. A. Levett* for the respondents.